UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:23-cr-82 |
| v. | ) | |
| | ) | Judges Collier/Lee |
| DANIEL LOCKRIDGE | ) | |

## NOTICE OF ADMINISTRATIVE FORFEITURE

The United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, hereby gives notice that an Indictment (Doc. 1) was returned, charging forfeiture of a 1 round of 22 caliber assorted ammunition ("the property"), pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

The Bureau of Alcohol, Tobacco, Firearms and Explosives completed administrative forfeiture of the property in accordance with 19 U.S.C. §§ 1602 – 1621, as evidenced by the Declaration of Administrative Forfeiture, Exhibit A.

Accordingly, the United States is no longer seeking criminal forfeiture of the property and will not ask the Court to pronounce the forfeiture as part of Defendant's sentence or seek a Final Order of Forfeiture regarding the property.

    Respectfully submitted,

    FRANCIS M. HAMILTON III
    United States Attorney

By:   *s/ Scott A. Winne*
    Scott A. Winne, ME Bar #7120
    Assistant United States Attorney
    1110 Market Street, Suite 515
    Chattanooga, Tennessee 37402
    (423) 752-5140
    Scott.Winne@usdoj.gov